Tionna Dolin (SBN 299010)                          **JS-6**
tdolin@slpattorney.com
STRATEGIC LEGAL PRACTICES, APC
1888 Century Park East, Floor 19
Los Angeles, CA 90067
Telephone:   (310) 929-4900
Facsimile:    (310) 943-3838

Attorneys for Plaintiff,
ANNETTE CARRILLO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE CARRILLO, | Case No.: 2:21-cv-01229-CAS (JEMx) |
| Plaintiff, | District Judge: Hon. Christina A. Snyder |
| vs. | Magistrate Judge: Hon. John E. McDermott |
| | **[~~PROPOSED~~] JUDGMENT** |
| FCA US, LLC; CERRITOS DODGE CHRYSLER JEEP; and DOES 1 through 10, inclusive, | |
| Defendants. | |

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Annette Carrillo ("Plaintiff") and Defendant FCA US LLC ("FCA US") (collectively, "the Parties"), resolved this matter by an Offer of Judgment Pursuant to Fed. R. Civ. P. 68, for $101,454.48 plus a motion for attorneys' fees, costs, and expenses.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $101,454.48 against Defendant FCA US LLC, as set out in the Fed. R. Civ. P. 68 Offer.

**IT IS SO ORDERED.**
Date: March 23, 2022

_Christine A. Snyder_
_____
Hon. Christina A. Snyder
U.S. District Court Judge

1