| | |
|---|---|
| 1 | Payam Shahian (SBN 228406) |
| | pshahian@slpattorney.com |
| 2 | Tionna Dolin (SBN 299010) |
| | tdolin@slpattorney.com |
| 3 | Jason Clark (SBN 252490) |
| | jclark@slpattorney.com |
| 4 | STRATEGIC LEGAL PRACTICES, APC |
| | 1888 Century Park East, Floor 19 |
| 5 | Los Angeles, CA 90067 |
| | Telephone: (310) 929-4900 |
| 6 | Facsimile: (310) 943-3838 |

Attorneys for Plaintiff,
ANNETTE CARRILLO

GORDON REES SCULLY MANSUKHANI, LLP
Amy K. Alexander (SBN: 236728)
Spencer P. Hugret (SBN: 240424)
275 Battery Street, Suite 2000
San Francisco, California 94111
Tel No.: (415) 986-5900
Fax No.: (415) 986-8054
aalexander@grsm.com
shugret@grsm.com

Attorneys for Defendant,
FCA US LLC and CERRITOS DODGE CHRYSLER JEEP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE CARRILLO,<br><br>    Plaintiff,<br><br>    vs.<br><br>FCA US, LLC; CERRITOS DODGE CHRYSLER JEEP; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-01229-CAS (JEMx)<br><br>District Judge: Hon. Christina A. Snyder<br>Magistrate Judge: Hon. John E. McDermott<br><br>**AMENDED JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Annette Carrillo ("Plaintiff") and Defendant FCA US LLC ("FCA US") (collectively, "the Parties"), resolved this matter by an Offer of Judgment

1

Pursuant to Fed. R. Civ. P. 68, for $101,454.48 plus a motion for attorneys' fees, costs, and expenses. The parties resolved the issue of attorneys' fees, costs, and expenses for $56,000.00.

Accordingly, the Court enters AMENDED JUDGMENT in favor of Plaintiff in the amount of $157,454.48 against Defendant FCA US LLC, comprised of $101,454.48 as set out in the Fed. R. Civ. P. 68 Offer (Dkt #38) and the parties' stipulated resolution of $56,000.00 for attorneys' fees, costs, and expenses. (Dkt # 40).

**IT IS SO ORDERED.**

Date: June 1, 2022

*Christina A. Snyder*
Hon. Christina A. Snyder
U.S. District Court Judge